# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WILSONIS AYALA-VILLANUEVA,

    Petitioner,

v.

ERIC H. HOLDER, JR., *et al*.,

    Respondents.

Case No. 2:09-CV-01272-KJD-PAL

**ORDER**

    Presently before the Court is Respondents' Unopposed Motion to Dismiss for Lack of Jurisdiction (#103). On July 15, 2009, the Ninth Circuit Court of Appeals transferred the present petition to this court pursuant to 8 U.S.C. § 1252(b)(5) for a hearing to determine Petitioner's claim that he was a United States' citizen. However, on August 23, 2011, after discovery and shortly before an evidentiary hearing, the United States Citizenship and Immigration Services ("USCIS") reopened and granted Ayala-Villanueva's Form N-600 Application for Certificate of Citizenship. As a result, on October 19, 2011, the Board of Immigration Appeals reopened and terminated Ayala-Villanueva's removal proceedings. The Ninth Circuit then dismissed Ayala-Villanueva's petition for review on November 22, 2011. The Government has now moved to dismiss the petition for lack of jurisdiction and Petitioner's counsel does not oppose that motion.

Accordingly, IT IS HEREBY ORDERED that Respondents' Unopposed Motion to Dismiss for Lack of Jurisdiction (#103) is **GRANTED.**

DATED this 12th day of December 2011.

_____
Kent J. Dawson
United States District Judge