# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILSONIS AYALA-VILLANUEVA,<br><br>        Petitioner,<br><br>v.<br><br>ERIC H. HOLDER, JR., *et al.*,<br><br>        Respondents. | Case No. 2:09-CV-01272-KJD-PAL<br><br>**ORDER** |

    Presently before the Court is Respondents' Unopposed Motion to Dismiss for Lack of Jurisdiction (#103).  On July 15, 2009, the Ninth Circuit Court of Appeals transferred the present petition to this court pursuant to 8 U.S.C. § 1252(b)(5) for a hearing to determine Petitioner's claim that he was a United States' citizen.  However, on August 23, 2011, after discovery and shortly before an evidentiary hearing, the United States Citizenship and Immigration Services ("USCIS") reopened and granted Ayala-Villanueva's Form N-600 Application for Certificate of Citizenship.  As a result, on October 19, 2011, the Board of Immigration Appeals reopened and terminated Ayala-Villanueva's removal proceedings.   The Ninth Circuit then dismissed Ayala-Villanueva's petition for review on November 22, 2011.  The Government has now moved to dismiss the petition for lack of jurisdiction and Petitioner's counsel does not oppose that motion.

1   Accordingly, IT IS HEREBY ORDERED that Respondents' Unopposed Motion to Dismiss
2   for Lack of Jurisdiction (#103) is **GRANTED.**
3   DATED this 12th day of December 2011.

_____
Kent J. Dawson
United States District Judge